JS-6

1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11   OMAR LUNA,                          Case No. 2:24-cv-04135-FLA (PVCx)

12                    Plaintiff,         **ORDER DISMISSING ACTION**
                                         **[DKT. 19]**
13          v.

14

15   BOHAN'S QUICK LUBE & AUTO
     REPAIR, INC, *et al.*,
16
                      Defendants.
17

18
19
20
21
22
23
24
25
26
27
28

1

1    On August 30, 2024, Plaintiff filed a Notice of Settlement, stating the parties

2  had agreed to settle the action and anticipated filing a stipulation to dismiss the action

3  after satisfaction of the terms of settlement.  Dkt. 19.

4    Having considered the Notice of Settlement and finding good cause therefor,

5  the court hereby ORDERS:

6    1.  All deadlines governing this action are VACATED.

7    2.  The court DISMISSES the action without prejudice.  The court retains

8        jurisdiction to vacate this Order and to reopen the action within sixty (60)

9        days from the date of this Order, provided any request by a party to do so

10        shall make a showing of good cause as to why the settlement has not

11        been completed within the 60-day period, what further settlement

12        processes are necessary, and when the party making such a request

13        reasonably expects the process to be concluded.

14    3.  This Order does not preclude the filing of a stipulation of dismissal with

15        prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval

16        of the court.  Such stipulation shall be filed within the aforementioned

17        60-day period, or by such later date ordered by the court pursuant to a

18        stipulation by the parties that conforms to the requirements of a showing

19        of good cause stated above.

20

21    IT IS SO ORDERED.

22

23  Dated: September 3, 2024

24    _____

25    FERNANDO L. AENLLE-ROCHA
      United States District Judge

26

27

28

2